JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 879 -- __In re Stotler Group, Inc., and Related Entities Securities Litigation__

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 91/02/06 | 1 | MOTION, BRIEF, SCHEDULE OF ACTIONS (A-1 - A-4), EXHIBITS A-E AND CERT. OF SVC. -- Coopers & Lybrand -- SUGGESTED TRANSFEREE DISTRICT: **NORTHERN DISTRICT OF ILLINOIS** -- SUGGESTED TRANSFEREE JUDGE: ? (received 2/6/91) (sg) |
| 91/02/15 |  | HEARING ORDER -- Setting motion to transfer for Panel Hearing on March 22, 1991 in Palm Springs, California (rh) |
| 91/02/19 |  | APPEARANCES -- ROBERT I. HARWOOD, ESQ. for Robert Elson, Guthrie County State Bank, et al.; KEVIN M. FORDE, ESQ. for Liberty Bank and Trust of Mason City, et al.; SUSAN J. IRION, ESQ. for Karsten Mahlmann; STEPHEN B. DIAMOND, ESQ. for Thomas M. Egan, M. Eugene Bogner; ROBERT A. SEIDEL, ESQ. for Howard Stotler; STEVEN J. ROTUNNO, ESQ. for Robert W. Stotler, Vincent J. Ciaglia; KATHLEEN MYALLS, ESQ. for Coopers & Lybrand (sg) |
| 91/02/22 |  | APPEARANCE -- ADRIANNE S. HARVITT, ESQ. for Morton Davis, et al. -- w/cert. of svc. (sg) |
| 91/02/22 | 2 | RESPONSE -- ( to pldg. #1) filed by Howard Stotler and Vincent Ciaglia -- w/cert. of svc. (sg) |
| 91/02/25 | 3 | REQUEST FOR EXTENSION OF TIME -- Liberty Bank and Trust of Mason City, et al. -- Extension of time granted to and including 3/1/91 (sg) |
| 91/02/26 | 4 | RESPONSE -- (to pldg. #1) Filed by pltfs. Morton Davis and Richard McCall -- w/cert. of svc. (sg) |
| 91/02/26 | 5 | RESPONSE -- (to pldg. #1) Filed by plfts. Robert Elson and Guthrie County State Bank, et al. -- w./cert of svc. (sg) |
| 91/02/26 | 6 | RESPONSE -- (to pldg. #1) Filed by deft. Karsten Mahlmann -- w/cert. of svc. (sg) |
| 91/02/28 | 7 | RESPONSE/MEMORANDUM -- (to pldg. #1) Filed by plfts. Liberty Bank -- w/affidavit and cert. of svc. (sg) |
| 91/02/28 |  | APPEARANCE -- JOHN F. ZABRISKIE, ESQ. for R.G. Dickinson & Co., -- w/cert of svc. (sg) |
| 91/03/04 |  | APPEARANCE -- JAMES J. MOYLAN, ESQ. for LaSalle St. Securities -- w/cert. of svc. (sg) |
| 91/03/08 | 8 | REPLY/BRIEF -- filed by Coopers & Lybrand w/exhibits A & B and cert. of svc. (ds) |

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. ____ -- _____

| Date | Pleading No. | Pleading Description |
|------|------|----------------------|
| 91/03/14 | 9 | SURREPLY (to pldg. #8) -- plaintiffs Morton Davis, et al. w/exhibits A and B and cert. of svc.  (ds) |
| 91/03/21 | | HEARING APPEARANCES -- (For hearing on 3/22/91 in Palm Springs, California) HAROLD C. WHEELER, ESQ. OR KATHLEEN M. MYALLS, ESQ. for Coopers & Lybrand; ROBERT I. HARWOOD, ESQ. for Robert Elson; Guthrie County State Bank, et al.; ADRIANNE S. HARVITT, ESQ OR CONSTANTINE JOHN GEKAS, ESQ. for Morton Davis, et al.; THOMAS M. ZUREK, ESQ. for Liberty Bank and Trust, et al. (rh) |
| 91/03/21 | | WAIVERS OF ORAL ARGUMENT -- (For hearing on 3/22/91 in Palm Springs, California) Howard A. Stotler; Robert Stotler; Vincent Ciaglia; Karsten Mahlmann; R.G. Dickinson & Co.; Thomas M. Egan; M. Eugene Bogner (rh) |
| 91/04/03 | | ORDER DENYING TRANSFER -- (A-1) Robert Elson v. Stotler Group, Inc., et al., N.D. Illinois, C.A. No. 90-C-4497 -- (A-2) Guthrie County State Bank, et al. v. Karsten Mahlmann, et al., N.D. Illinois, C.A. No. 90-C-4901 -- (A-3) Liberty Bank and Trust of Mason City, et al v. Thomas Egan, et al., S.D. Iowa, C.A. No. 90-0547-A -- (A-4) Morton Davis, et al. v. Coopers & Lybrand, et al., N.D. Illinois, C.A. No. 90-C-7173 -- Notified involved counsel, miscellaneous recipients, clerks and judges  (sg) |
| 91/04/08 | 10 | SUPPLEMENTAL BRIEF -- Coopers & Lybrand -- w/Exhibits A and cert. of svc. (rh) |
| 91/04/18 | 11 | RESPONSE -- (to pldg. #10) pltfs. Morton Davis, et al. -- w/Exhibits A&B and cert. of svc. (rh) |

JPML Form 1

Revised: 8/78

DOCKET NO. _____ -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: _____

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | | | | | | |

### Special Transferee Information

DATE CLOSED: _4/3/41_

JPML FORM 1

## LISTING OF INVOLVED ACTIONS

DOCKET NO. 879 -- In re Stotler Group, Inc., and Related Entities Securities Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Robert Elson v. Stotler Group, Inc., et al. | Ill.,N. Nordberg | 90 C 4497 | | | | |
| A-2 | Guthrie County State Bank, et al. v. Karsten Mahlmann, et al. | Ill.,N. Nordberg | 90 C 4901 | | | | |
| A-3 | Liberty Bank and Trust of Mason City, et al v. Thomas M. Egan, et al. | Iowa,S. Wolle | 90-0547 A | | | | |
| A-4 | Morton Davis, et al. v. Coopers & Lybrand, et al. | Ill.,N. Shadur | 90 C 7173 | | | | |

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 879 -- In re Stotler Group, Inc., and Related Entities Securities Litigation

---

ROBERT ELSON (A-1)
GUTHRIE COUNTY STATE BANK, ET AL. (A-2)
Robert I. Harwood, Esq.
Wechsler, Skirnick, Harwood, Halebian &
Feffer
555 Madison Avenue
New York, New York  10022

LIBERTY BANK AND TRUST OF MASON CITY
   ET AL. (A-3)
Kevin M. Forde, Esq.
Kevin M. Forde, Lrd.
111 West Washington Street
Chicago, Illinois  60602

MORTON DAVIS, ET AL.  (A-4)
Adrianne S. Harvitt, Esq.
Harvitt & Gekas, Ltd.
135 S. LaSalle Street
Suite 1254
Chicago, Illinois  60603

KARSTEN MAHLMANN
Susan J. Irion, Esq.
Mayer Brown & Platt
190 South LaSalle Street
21st Floor
Chicago, Illinois  60603

THOMAS M. EGAN
M. EUGENE BOGNER
Stephen B. Diamond, Esq.
Beeler, Schad & Diamond, P.C.
332 South Michigan Avenue, Suite 1000
Chicago, Illinois  60604

HOWARD STOTLER
Robert A. Seidel, Esq.
Peterson, Ross, Schloerb & Seidel
200 East Randolph Drive, Suite 7300
Chicago, Illinois  60601-6969

ROBERT W. STOTLER
VINCENT J. CIAGLIA
Steven J. Rotunno, Esq.
Joyce & Kubasiak, P.C.
Three First National Plaza
Suite 3900
Chicago, Illinois  60602

COOPERS & LYBRAND
Kathleen Myalls, Esq.
Seyfarth, Shaw, Fairweather & Geraldson
Suite 4200
55 East Monroe Street
Chicago, Illinois  60603

R.G. Dickinson
John F. Zabriskie, Esq.
Hopkins & Sutter
Three First National Plaza
Suite 4200
Chicago, Illinois  60602

THOMAS KOLTER
Thomas Kolter    (No App. Rec'd)
420 W. Roslyn
Chicago, Illinois  60614

JOHN DALKART

TIMOTHY MATHER
Timothy Mather   (No App. Rec'd)
18 Park Street
London, England
UK SE1 9E2

FAUSTO SOLANO PEREIRA    (No App. Rec'd)
Stotler Dime S.A. Distribuidora
   de Titulos e Valores  Mobiliarios
Rua Sao Bento 470-1 Andar
Sao Paolo Brazil

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. _____

DOCKET NO. _____  --  _____

PHILLIP ZARCONE
Scott Porterfield, Esq.  (No App. Rec'd)
Fishman & Merrick
30 N. LaSalle Street
Suite 3500
Chicago, Illinois  60602

LaSALLE ST. SECURITIES
James J. Moylan, Esq.
141 W. Jackson Blvd.
Suite 363
Chicago, Illinois  60604

JPML FORM 3

p. __1__

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. __879__ --   In re Stotler Group, Inc., and Related Entities Securities Litigation

| Name of Party | Named as Party in Following Actions |
|---|---|
| Karsten Mahlmann | |
| Thomas M. Egan | |
| Howard Stotler | |
| Robert Stotler | |
| Coopers & Lybrand | |
| R.G. Dickinson & Co. (An Iowa Corporation) | |
| M. Eugene Bogner | |
| Vincent Ciaglia | |
| Thomas Kolter | |
| John Dalkart | |
| Timothy Mather | |

| | |
|---|---|
| Fausto Solano Pereira | |
| Phillip Zarcone | |
| LaSalle St. Securities<br><br>( A Delaware Corporation) | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |